IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HANOVER INSURANCE COMPANY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:19-cv-05715 |
| ) | |
| CHICAGO ORNAMENTAL IRON, INC., ) | Hon. Judge Charles P. Kocoras |
| JONATHAN SAMEK, and ENRIQUE ) | |
| MONTES, ) | |
| ) | |
|    Defendants. ) | |

## ORDER OF JUDGMENT
## DECLARING RELIEF IN FAVOR OF HANOVER INSURANCE COMPANY

Following a status conference on December 3, 2019, before this Court is plaintiff Hanover Insurance Company's ("Hanover") Motion for Entry of Default Judgment on Hanover's Complaint for Declaratory Relief ("Complaint") against defendants Chicago Ornamental Iron, Inc. ("COI") and Jonathan Samek ("Samek").[1] Neither COI nor Samek has responded to the Complaint despite being properly served with the Summons and Complaint. Finding that the admitted facts entitle Hanover to the relief it is seeking, this Court orders as follows:

    1.    Default Judgment is entered against COI and Samek on each of the two counts of Hanover's Complaint for Declaratory Relief, pursuant to Fed. R. Civ. P. 55(b)(2); and

    2.    This Court declares that Hanover has (a) no duty to pay "Defense Expenses" for the defense of the "Insureds" related to the Underlying Lawsuit under the 2016-17 Policy and the 2017-18 Policy, and (b) no duty to indemnify the "Insureds" related to the Underlying Lawsuit under the 2016-17 Policy and the 2017-18 Policy, as further described in Hanover's Complaint.

---

[1] The remaining defendant, Enrique Montes, was voluntarily dismissed without prejudice upon Hanover's oral motion at the December 3, 2019 conference.

SO ORDERED.

_____
Dated: 12/4/2019        HON. CHARLES P. KOCORAS
                        UNITED STATES DISTRICT JUDGE

2821211v.1